Form 3A
(10/05)

# United States Bankruptcy Court
District Of ____Illinois____

In re __CHARLES V. DAVIS__,    Case No. __08-27012__
           Debtor
                                Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__  Check one ☒ With the filing of the petition, or
                          ☐ On or before × __10/8/08__
   $ __68.50__  on or before × __11/08/08__
   $ __68.50__  on or before × __12/08/08__
   $ __68.50__  on or before × __1/08/09__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
OCT 0 8 2008
KENNETH S. GARDNER, CLERK
PS REP. . SJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

                                        × __[signature]__  __10/08/08__
_____        Signature of Debtor        Date
Signature of Attorney       Date       (In a joint case, both spouses must sign.)

_____        _____
Name of Attorney                        Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of ___Illinois___

In re: __CHARLES V. DAVIS__,
Debtor

Case No. __08-27012__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐  With the filing of the petition, or
                              ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

OCT 08 2008

OCT - - 2008

Date: _____

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner Clerk of the Court