```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 27012
   CHARLES V DAVIS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-7672

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/08/2008 and was not confirmed.

      The case was dismissed without confirmation 12/18/2008.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
 HSBC BANK/OCWEN LOAN     MORTGAGE NOTI  NOT FILED           .00          .00
 DEUTSCHE BANK NATIONAL T MORTGAGE NOTI  NOT FILED           .00          .00
 OCWEN FEDERAL BANK       CURRENT MORTG        .00           .00          .00
 OCWEN FEDERAL BANK       SECURED NOT I   2089.88            .00          .00
 PIERCE & ASSOCIATES      MORTGAGE NOTI  NOT FILED           .00          .00
 CHASE HOME FINANCE LLC   CURRENT MORTG        .00           .00          .00
 CHASE HOME FINANCE LLC   SECURED NOT I  26411.48            .00          .00
 DEUTSCHE BANK TRUST      CURRENT MORTG        .00           .00          .00
 DEUTSCHE BANK TRUST      SECURED NOT I   7074.81            .00          .00
 INDYMAC BANK             CURRENT MORTG        .00           .00          .00
 INDYMAC BANK             SECURED NOT I  36824.12            .00          .00
 PRO SE DEBTOR            DEBTOR ATTY          .00                        .00
 TOM VAUGHN               TRUSTEE                                         .00
 DEBTOR REFUND            REFUND                                          .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE                      .00

 PRIORITY                                              .00
 SECURED                                               .00
 UNSECURED                                             .00
 ADMINISTRATIVE                                        .00
 TRUSTEE COMPENSATION                                  .00
 DEBTOR REFUND                                         .00
                         ---------------    ---------------
 TOTALS                       .00                      .00




            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 27012 CHARLES V DAVIS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE